**HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.**

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: *[12.0]* | ***(4:37-44)*** "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>***(Abstract, ll. 1-8)*** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>***(4:37–41)*** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | "Visual Access is a powerful, yet easy-to-use, software package for viewing and saving footage saved in multiple formats. With it, you can retrieve and play digitally stored footage, extract video clips and still pictures from that footage, and then store or print those clips and pictures."<br><br>The main functions of Visual Access are listed below and discussed following the list:<br>• Servers Screen<br>• Sites<br>• Live Viewer<br>• Search<br>• Playback<br>• Settings<br>• Browse Files | "*Envysion Visual Access Client Users Guide*", Page 4<br><br>"*Envysion Visual Access Client Users Guide*", Page 4 |

EXHIBIT B

# HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from ~~a plurality of~~*one or more* sources; *[12.1]* | ***(Abstract, ll. 1-8)*** ***"***A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>***(2:66– 3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | ***"5.2 Groups***<br><br>Cameras can be grouped by site or custom group. To view sites by group, click the "Groups" tab."<br><br>Groups Sites Data (Live)<br>Groups New Delete Show<br>Groups<br>Parking Lot<br>[Remote Site] - Parking Lot PTZ<br>[Remote Site] - Parking Lot<br>[Remote Site] - Entrance<br>Offices<br>[Philip] - Cam8<br>[Remote Site] - Dennis's Office<br>[Remote Site] - Lobby | "*Envysion Visual Access Client Users Guide*", Page 24 |

**HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.**

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing~~one or more~~*any* of the images ~~if~~ not already in digital form *using an analog-to-digital converter*; *[12.2]* | ***(Abstract, ll. 1-8)*** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>***(2:66– 3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | ***"5.1.3.2 Compression***<br><br>Use the slide bars to select the compression settings for each camera, or select "Apply To All" to change all of the cameras. Use the "Advanced Settings" tab for more detailed editing. Click "Apply" to save changes."<br><br>Settings for 'Remote Site'<br>DVR Recorder \| Compression \| Camera Names \| Camera Settings \| Settings \| User Management<br>Apply To All<br>Simple Settings \| Advanced Settings<br>Compression Settings<br>Channel 1: Quality: 60 Channel 2: Quality: 60<br>Channel 3: Quality: 60 Channel 4: Quality: 60<br>Channel 5: Quality: 60 Channel 6: Quality: 60<br>Channel 7: Quality: 60 Channel 8: Quality: 60<br>Channel 9: Quality: 80 Channel 10: Quality: 80<br>Channel 11: Quality: 80 Channel 12: Quality: 80<br>Channel 13: Quality: 80 Channel 14: Quality: 80<br>Channel 15: Quality: 80 Channel 16: Quality: 80<br>OK Cancel Apply | "*Envysion Visual Access Client Users Guide*", Page 14 |

**HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.**

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window; *[12.3]* | ***(Abstract, ll. 1-8)*** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>***(2:66– 3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>***(4:64-65)*** "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | ***5.3 Live Viewer***<br>To open the Live Viewer screen, click the live button on the Toolbar .<br>Use the buttons in the top section of the Live Viewer Toolbar to select the viewing style.<br>When in Single Camera View , use the Full Screen Button to toggle the image from Full screen to normal screen.<br>Use the Boost button to boots all live feeds to Turbo speed.<br>Use the Stop button to disconnect all live video feeds.<br>Use the "Display Server Timestamp On-Screen" button to toggle the display of the on-screen timestamp. This timestamp is the current time on the Visual Access Server.<br>To change the currently displayed cameras, drag and drop the desired camera onto the display grid. To clear a grid section, right click on the grid section and "STOP".<br>Note: This does not affect the recording settings. | "*Envysion Visual Access Client Users Guide*", Page 25 |

**HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.**

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| ~~simultaneously storing the displayed images~~*converting one or more of the video source images into a data storage format* using a second set of temporal and spatial parameters associated with each image*; and [12.4]* | ***(6:34–40)*** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>***<u>Note:</u>***<br>*The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc.*<br>*This claim element deals with converting a video file which has been compressed according to some established codec (like H.264), into a computer-readable container file (like MOV, or Quicktime).* | ***"5.1.3.4.2 Recording Rate/Resolution***<br>In the Recording Rate/Resolution screen, the cameras are grouped into Bank tabs that represent the physical camera banks in the DVR. This allows the user to maximize the Recording Speed for each camera Bank.<br>To change the Capture Resolution or Recording Speed of a camera, find and select the tab with the camera number in it. Select the camera from the "Camera" dropdown list. Use the "Capture Resolution" and "Recording Speed" dropdown lists to modify the settings. Click "Apply" to save changes." | "*Envysion Visual Access Client Users Guide*", Page 19 |

HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
| --- | --- | --- | --- |
| *simultaneously storing the converted images in a storage device. [12.5]* | ***(3:64–67)*** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or disk-based, or both tape-based and disk-based data recording means."<br><br>***(3:30–40)*** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | ***"5.1.3.1 DVR Recorder***<br><br>The Recorder Controls screen allows you to control which cameras are recording footage."<br><br>Settings for 'DVR #T27' - <DVR50 v1.03.0299><br>DVR Recorder \| Compression \| Camera Names \| Camera Settings \| Settings \| User Management<br>DVR Recording<br>Start Stop Reboot Sequence Update<br>VIGIL DVR System - (Vigil DVR Site)<br>Parking PTZ -- [Rate: 1fps - Size: 352x240 - Mode: Motion - Qual: 80]<br>Board Room PTZ -- [Rate: 1fps - Size: 352x240 - Mode: Constant - Qual: 80]<br>Hall -- [Rate: 1fps - Size: 352x240 - Mode: Motion - Qual: 80]<br>Board Room 2 -- [Rate: 1fps - Size: 704x480 - Mode: Motion - Qual: 80]<br>front -- [Rate: 1fps - Size: 352x240 - Mode: Motion - Qual: 80]<br>Development -- [Rate: 1fps - Size: 704x480 - Mode: Motion - Qual: 80]<br>back -- [Rate: 1fps - Size: 352x240 - Mode: Motion - Qual: 80]<br>reception -- [Rate: 1fps - Size: 352x240 - Mode: Motion - Qual: 80]<br>System running since: Oct 25 2002 11:03:20 AM CPU 26%<br>Connections 1 / 100 Mem 141/618MB<br>OK Cancel Apply | "*Envysion Visual Access Client Users Guide*", Page 11-12 |

**HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.**

| Dependent Claim No. 13 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the temporal parameters including frame rate. *[13.0]* | As is well-understood in the industry, the term "temporal parameters" covers both data rate and update rate (frame rate). | | |

**HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.**

| Dependent Claim No. 14 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 12, the spatial parameters including image dimension in pixels. *[14.0]* | As is well-understood in the industry, the term "spatial parameters" covers pixel dimensions (resolution) | | |

**HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.**

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim ~~8~~.*12*, further including the step of receiving a command to set the frame rate and resolution associated with the display and storage of a particular image. *[9.0]* | ***(2:66–3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>***(6:34–40)*** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>***(8:28–42)*** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | ***5.3 Live Viewer***<br>To open the Live Viewer screen, click the live button on the Toolbar .<br>Use the buttons in the top section of the Live Viewer Toolbar to select the viewing style.<br>When in Single Camera View , use the Full Screen Button to toggle the image from Full screen to normal screen.<br>Use the Boost button to boots all live feeds to Turbo speed.<br>Use the Stop button to disconnect all live video feeds.<br>Use the "Display Server Timestamp On-Screen" button to toggle the display of the on-screen timestamp. This timestamp is the current time on the Visual Access Server.<br>To change the currently displayed cameras, drag and drop the desired camera onto the display grid. To clear a grid section, right click on the grid section and "STOP".<br>Note: This does not affect the recording settings.<br><br>***"5.1.3.4.2 Recording Rate/Resolution***<br>In the Recording Rate/Resolution screen, the cameras are grouped into Bank tabs that represent the physical camera banks in the DVR. This allows the user to maximize the Recording Speed for each camera Bank.<br>To change the Capture Resolution or Recording Speed of a camera, find and select the tab with the camera number in it. Select the camera from the "Camera" dropdown list. Use the "Capture Resolution" and "Recording Speed" dropdown lists to modify the settings. Click "Apply" to save changes." | "*Envysion Visual Access Client Users Guide*", Page 25<br><br>"*Envysion Visual Access Client Users Guide*", Page 19 |

# HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | Settings for 'Remote Site'<br>DVR Recorder \| Compression \| Camera Names \| Camera Settings \| Settings \| User Management<br>Camera Setup/Recording Mode \| Recording Rate/Resolution<br>Bank 1 - [1,5,9,13] \| Bank 2 - [2,6,10,14] \| Bank 3 - [3,7,11,15] \| Bank 4 - [4,8,12,16]<br>Camera (1) - Cam1<br>Settings<br>Capture Resolution 352x240<br>Recording Speed 1 FPS<br>OK Cancel Apply | |

# HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an operator input. *[10.0]* | ***(2:66–3:3)*** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>***(6:34–40)*** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | ***5.3 Live Viewer***<br>To open the Live Viewer screen, click the live button on the Toolbar .<br>Use the buttons in the top section of the Live Viewer Toolbar to select the viewing style.<br>When in Single Camera View , use the Full Screen Button to toggle the image from Full screen to normal screen.<br>Use the Boost button to boots all live feeds to Turbo speed.<br>Use the Stop button to disconnect all live video feeds.<br>Use the "Display Server Timestamp On-Screen" button to toggle the display of the on-screen timestamp. This timestamp is the current time on the Visual Access Server.<br>To change the currently displayed cameras, drag and drop the desired camera onto the display grid. To clear a grid section, right click on the grid section and "STOP".<br>Note: This does not affect the recording settings.<br><br>***"5.1.3.4.2 Recording Rate/Resolution***<br>In the Recording Rate/Resolution screen, the cameras are grouped into Bank tabs that represent the physical camera banks in the DVR. This allows the user to maximize the Recording Speed for each camera Bank.<br>To change the Capture Resolution or Recording Speed of a camera, find and select the tab with the camera number in it. Select the camera from the "Camera" dropdown list. Use the "Capture Resolution" and "Recording Speed" dropdown lists to modify the settings. Click "Apply" to save changes." | "*Envysion Visual Access Client Users Guide*", Page 25<br><br>"*Envysion Visual Access Client Users Guide*", Page 19 |

**HAWK TECHNOLOGY SYSTEMS v. CINEMARK USA, INC.**

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | Settings for 'Remote Site'<br>DVR Recorder \| Compression \| Camera Names \| Camera Settings \| Settings \| User Management<br>Camera Setup/Recording Mode \| Recording Rate/Resolution<br>Bank 1 - [1,5,9,13] \| Bank 2 - [2,6,10,14] \| Bank 3 - [3,7,11,15] \| Bank 4 - [4,8,12,16]<br>Camera (1) - Cam1<br>Settings<br>Capture Resolution 352x240<br>Recording Speed 1 FPS<br>OK Cancel Apply<br>**"5.3.2 Live Video Options**<br>Right click on a video stream to open the options for that stream. Live video streams have the following options:<br>Stop – to stop streaming video.<br>Speed – to select the speed of the image being streamed. Select the desired live speed from the following choices:<br>o Slow<br>o Medium<br>o Fast<br>o Turbo<br>o Maximum" | "*Envysion Visual Access Client Users Guide*", Page 25 |

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an external stimulus. *[11.0]* | ***(6:34–40)*** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>***(8:28–42)*** "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | ***5.3 Live Viewer***<br>To open the Live Viewer screen, click the live button on the Toolbar.<br>Use the buttons in the top section of the Live Viewer Toolbar to select the viewing style.<br>When in Single Camera View, use the Full Screen Button to toggle the image from Full screen to normal screen.<br>Use the Boost button to boots all live feeds to Turbo speed.<br>Use the Stop button to disconnect all live video feeds.<br>Use the "Display Server Timestamp On-Screen" button to toggle the display of the on-screen timestamp. This timestamp is the current time on the Visual Access Server.<br>To change the currently displayed cameras, drag and drop the desired camera onto the display grid. To clear a grid section, right click on the grid section and "STOP".<br>Note: This does not affect the recording settings.<br><br>**"5.3.1 Movement and Alarms**<br>When there is movement or an alarm detected for a camera, the frame under the streaming video and the quick access button for that camera are appropriately colored.<br>o For Alarms, the frame is coloured Red.<br>o For Motion, the frame is coloured Blue.<br>o For the 10 second period after motion or alarm has occurred, the frame is colored Yellow.<br>o For a camera set to Constant Recording, the frame is coloured Green." | "*Envysion Visual Access Client Users Guide*", Page 25 |